# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**JENNIFER A. LANG,**
         **Plaintiff,**

    **v.**                             **Case No.  15CV1004**

**MILWAUKEE COUNTY, et al.,**
         **Defendants.**

---

## ORDER

**IT IS ORDERED** that a telephonic Fed. R. Civ. P. 16(b) scheduling conference will be held on **December 10, 2015 at 10:30 a.m.**  The court will initiate the call.  The name and contact information of the attorney who will be participating in the conference call should be noted in the Rule 26(f) report.

The parties should note Fed. R. Civ. P. 26(f), which requires that they confer with each other at least 21 days before the Rule 16(b) scheduling conference and file a written report of their proposed discovery plan within 14 days after their Rule 26(f) conference. The first paragraph of the joint Rule 26(f) report should state the date and time given above for the Rule 16(b) scheduling conference.  The parties should also note Rule 26(a)(1), which requires (unless they agree otherwise) that they make their initial disclosures to each other within 14 days after their Rule 26(f) conference.

Dated at Milwaukee, Wisconsin, this 21st day of October, 2015.

s/ Lynn Adelman

_____
LYNN ADELMAN
District Judge