UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JENNIFER A. LANG,

    Plaintiff,                               Case No. 15-CV-1004

    v.

                                                 HEARING MINUTE SHEET

MILWAUKEE COUNTY, et al.,

    Defendants.

---

**Hon. Nancy Joseph, presiding.**

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Date:** June 17, 2016

**Time Commenced:** 9:34 a.m.     **Time Concluded:** 1:25 p.m.

**Appearances:**      **Plaintiff:**     Atty. Peter J. Fox
                                                    Jennifer A. Lang

                       **Defendant:**     Atty. Oyvind Wistrom
                                                    Atty. Colleen A. Foley
                                                    Brian J. Knee

**Comments:** The mediation did result in the settlement of plaintiff's claims. The parties anticipate filing a stipulation of dismissal in approximately 60 days.